**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.** 21-mj-03068 Goodman

**UNITED STATES OF AMERICA**

**vs.**

**ADOLFO FERNANDEZ,**

**Defendant.**
______________________________________/

**CRIMINAL COVER SHEET**

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)? **No**

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? **No**

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? **No**

Respectfully submitted,

JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

By: ______________________________

Adam M. Hapner
Assistant United States Attorney
FL Bar No. 112006
U.S. Attorney's Office - SDFL
99 Northeast Fourth Street, 6th Floor
Miami, Florida 33132-2111
Telephone: (305) 961-9199
Facsimile: (305) 530-7976
E-mail: Adam.Hapner@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

United States of America
v.
ADOLFO FERNANDEZ,
*Defendant(s)*

Case No. 21-mj-03068 Goodman

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of 2/10/21, 2/15/21, and 5/27/21 in the county of Miami-Dade in the Southern District of Florida, the defendant(s) violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| 18 U.S.C. § 2252(a)(2) | Receipt of Child Pornography |
| 18 U.S.C. § 2252(a)(4)(B) | Possession of Child Pornography |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

*Complainant's signature*

Pablo Llabre, Special Agent HSI
*Printed name and title*

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by Face Time

Date: 5/28/2021

*Judge's signature*

City and state: Miami, Florida

Hon. Jonathan Goodman, United States Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Pablo Llabre, Special Agent with Homeland Security Investigations ("HSI"), having been first duly sworn, do hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I have been a Special Agent ("SA") with HSI since April 2010 and am currently assigned to the Miami Field Office. In this capacity, I investigate criminal violations related to child exploitation and child pornography, including violations pertaining to the illegal production, distribution, receipt and possession of child pornography, in violation of 18 U.S.C. §§ 2251(a) and (e), 2252(a) and 2252A; the coercion and enticement of minors to engage in illegal sexual activity, in violation of 18 U.S.C. § 2422(b); and the illegal transportation of minors with the intent to engage in criminal conduct, in violation of 18 U.S.C. § 2423(a). I have conducted and/or assisted in child exploitation investigations, executed search warrants that have led to the seizures of child pornography, and received training to conduct investigations of various criminal violations of the United States Code.

2. The information in this Affidavit is based upon my personal knowledge, as well as information learned from other law enforcement officers, investigators, witnesses, and documents. This Affidavit is submitted for the limited purpose of establishing probable cause and does not include every fact known to the government about this investigation.

3. Based on the information set forth in this Affidavit, there is probable cause to believe that Adolfo Fernandez ("Fernandez") unlawfully received and possessed child pornography, in violation of Title 18, United States Code, Sections 2252(a)(2) and 2252(a)(4)(B).

**PROBABLE CAUSE**

4.      Based upon an investigation during which HSI determined that someone purchased and downloaded child pornography using cryptocurrency associated with Fernandez from an IP address associated with Fernandez's residential address, 8550 SW 133rd Ave, Miami, FL 33183 ("Premises"), HSI obtained a search warrant to search the Premises and electronic devices contained therein (Case No. 21-mj-02990-O'Sullivan).

5.      On May 27, 2021, your Affiant, together with other law enforcement officers, executed the search warrant at the Premises. Upon entering the residence, law enforcement encountered Fernandez and his family.

6.      During a search of the Premises, law enforcement seized a black HP desktop computer from the living room of the residence.

7.      During a post-*Miranda* interview, Fernandez admitted to law enforcement that he owned the black HP desktop computer.

8.      Fernandez also admitted to purchasing child pornography using cryptocurrency from a specific website that advertises and sells packets of files containing images and videos of child pornography for a fee ("Website A"). Specifically, Fernandez purchased two packets of files on or about February 10, 2021, and on or about February 15, 2021.

9.      Fernandez further admitted that he downloaded and saved child pornography to multiple electronic devices, including the hard drive of the black HP desktop computer.

10.     An HSI Computer Forensics Agent conducted a preliminary forensic examination of the black HP desktop computer, which revealed over 200 suspected child pornography video files that depicted children under the age of eighteen engaged in sexual acts and/or the lascivious exhibition of their genitals.

11. For example, the following video files were discovered by law enforcement in the black HP desktop computer:

a. File Name: 6yo_daughter_fuck.mp4

Description: A video depicting a prepubescent female child lying on her back on what appeared to be a mattress. The child is wearing a pink tank top and a blue jean skirt. The skirt has been lifted exposing the child's vagina which is being penetrated by an adult male's erect penis. The child's panties have been taken off and can be seen in the video, they are white with a pink outline and cartoon designs. The adult male continues to penetrate the child's vagina until he ejaculates into his own hand.

b. File Name: Baby J Captive.avi

Description: A video depicting a prepubescent female child naked with her legs spread apart and both of her ankles tied with a white band. The camera focuses on the child's vagina and an adult male's erect penis can be seen penetrating it. The adult male also penetrates the child's anus with his erect penis. At one point, the adult male uses his left thumb and index fingers to spread open the child's vagina while penetrating the child's anus with his erect penis. The adult male also digitally penetrates the child's vagina. The adult male ejaculates on the child's stomach area.

12. Your Affiant reviewed the above-mentioned video files and noticed that they matched video files that Fernandez purchased from Website A in February 2021. The aforementioned files were also previously bought by HSI New York in an undercover capacity and were confirmed to contain suspected child pornography. Further, your Affiant previously reviewed the above-mentioned video files on or about April 23, 2021, and on or about April 28, 2021, and confirmed that they contained suspected child pornography.

**CONCLUSION**

13. Based upon the foregoing, your Affiant respectfully submits that there is probable cause to believe that on or about February 10, 2021, and on or about February 15, 2021, Fernandez unlawfully received child pornography, in violation of Title 18, United States Code, Section 2252(a)(2), and that on or about May 27, 2021, Fernandez unlawfully possessed child pornography, in violation of Title 18, United States Code, Section 2252(a)(4)(B).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

Pablo Llabre, Special Agent
Department of Homeland Security
Homeland Security Investigations

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Face Time this 28th day of May, 2021

HONORABLE JONATHAN GOODMAN
UNITED STATES MAGISTRATE JUDGE